DECLARATION OF REBECCA POCK

I, Rebecca Pock, make the following declaration in lieu of an affidavit pursuant to 28 U.S.C. § 1746 to the best of my knowledge and belief.

1. I am a Paralegal Specialist with the U.S. Department of the Interior, Office of the Solicitor, Division of General Law, Torts Practice Branch.  I am over the age of twenty-one and competent to make this Declaration.

2. In my capacity as Paralegal Specialist, I process claims presented to the U.S. Department of the Interior under the Federal Tort Claims Act (FTCA).

3. Upon receiving an administrative claim presented under the FTCA, the standard practice of the bureaus of the Department of the Interior is to forward such a claim to the Office of the Solicitor, Division of General Law, Torts Practice Branch.

4. In my capacity as a Paralegal Specialist, I enter all FTCA claims received by Department of the Interior bureaus into an electronic matter tracking system.

5. On June 5, 2023, I received a letter from Essential Law Group, PC through the National Park Service ("NPS") that was dated June 5, 2023, and addressed to the San Francisco Maritime National Historical Park.  Attached as Exhibit A is a true and correct copy of that letter.

6. The letter dated June 5, 2023, and that I received on June 5, 2023, from Essential Law Group, PC was in regards to a July 4, 2022, allegation of personal injury by Mr. Bryant Mills at Aquatic Park while performing at a concert.

7. To my knowledge, the June 5, 2023, letter from Essential Law Group, PC was the first letter the Department of the Interior received from Essential Law Group, PC in regards to the July 4, 2022, alleged incident.

8. On June 21, 2024, I received a Standard Form ("SF") 95 from Essential Law Group, PC, through the National Park Service, that was dated June 21, 2024, and addressed to the San Francisco Maritime National Historical Park. Attached as Exhibit B is a true and correct copy of that SF95.

9. The SF95 dated June 21, 2024, and that I received on June 21, 2024, from Essential Law Group, PC was in regards to a July 4, 2022, allegation of personal injury by Mr. Bryant Mills at Aquatic Park while performing at a concert.

10. To my knowledge, the June 21, 2024, SF95 was the first and only claim the Department of the Interior received from Essential Law Group, PC arising from the July 4, 2022, alleged incident.

11. I have searched the electronic matter tracking system where FTCA claims are maintained and found no record of an administrative tort claim filed by Plaintiff and/or an authorized representative of Plaintiff other than the SF95 received on June 21, 2024, identified above.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 8th day of May 2025

By: /s/ *Rebecca Pock*

Rebecca Pock
Paralegal
U.S. Department of the Interior
Office of the Solicitor

# EXHIBIT A

# ESSENTIAL LAW GROUP, PC

548 MARKET STREET, PMB 48752
SAN FRANCISCO, CA 94104

CHARLIE W. YU, ESQ.
CYU@ESSENTIALLAWGROUP.COM

TEL: (415) 778-0800
FAX: (415) 778-0700

June 5, 2023

**VIA EMAIL dale_dualan@nps.gov ONLY**

Dale Dualan
San Francisco Maritime National Historical Park
2 Marina Boulevard Building E, 2nd Floor
San Francisco, CA  94123

  **Re: My client: Bryant Mills**
    **Date of Loss: July 4, 2022**
    **Location: Festival at Aquatic Park, San Francisco, CA**

Dear Mr. Dualan,

  My office has been retained as counsel for Bryant Mills.  Please direct all correspondence to my attention.

  My client is a drummer with The Cheeseballs and they were performing at the live music concert festival on July 4, 2022 at Aquatic Park in San Francisco.   He sustained substantial injury when he tripped and fell at Aquatic Park. We tendered the claim to the Insurer for the promoter who denied the claim stating that they were not liable for the walkway where Mr. Mills tripped and fell.  He required multiple emergency visits and subsequent followed up visits and consultations with specialists.  Furthermore, damages include missing music gigs.  Please refer this matter to the appropriate claims adjuster at your earliest opportunity and have them contact me about this claim..

  I look forward to fair and expeditious handling of this claim.

        Sincerely,

        *Charlie Yu*

        Charlie W. Yu

# EXHIBIT B

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

**1. Submit to Appropriate Federal Agency:**

San Francisco Maritime National Historical Park
2 Marina Boulevard Building E, 2nd Floor
San Francisco, CA  94123

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.

Bryant Mills
c/o Charlie W. Yu, Esq.
Essential Law Group, PC
548 Market Street, PMB 48752, S.F., CA  94104

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 04/11/1959 |  | 07/04/2022    Monday | 4/4:30 pm |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Mr. Mills is a drummer with The Cheeseballs and they were performing at the live music concert festival on July 4, 2022 at Aquatic Park in San Francisco.   He sustained substantial injury when he tripped and fell at a walkway at Aquatic Park. He required multiple emergency visits and subsequent followed up visits and consultations with specialists.  Furthermore, damages include missing music gigs.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM.  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Mr. Mills sustained a fracture of right foot, fracture of right talus, and sprain of right ankle.  The medical specials are $22,498.70 billed and $3,314.26 paid.  Wage loss is estimated at $4,610.00.  General damages estimated at $50,000.00.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
|  |  |

**12.** (See instructions on reverse).  **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
|  | 57,924.26 |  | 57,924.26 |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Charlie Yu* | 415-349-5180 | 06/21/2024 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

# INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident Insurance?** ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

A claim was filed with the promoters of the festival, Hartmann Studios and/or Ita Group Holdings Inc., and the claim was denied. The insurance carrier is CNA, the claim number is E2H18911, and the policy number is 6080188379.

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes ☒ No  **17. If deductible, state amount.**

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

**19. Do you carry public liability and property damage insurance?** ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

# INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

The amount claimed should be substantiated by competent evidence as follows:

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

# PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

# PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**