1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4
          450 Golden Gate Avenue, Box 36055
5         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
6         FAX: (415) 436-7234
          kelsey.helland@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES OF AMERICA

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12

13  BRYANT MILLS,                          Case No. 3:25-cv-03830-SK

14          Plaintiff,                      **[PROPOSED] ORDER GRANTING THE
                                            UNITED STATES OF AMERICA'S MOTION
15      v.                                  TO DISMISS WITH PREJUDICE**

16  HARTMANN STUDIOS, et al.,
                                            Date:        June 16, 2025
17          Defendants.                     Time:        9:30 a.m.
                                            Location:    via Zoom
18
                                            The Honorable Sallie Kim
19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

This matter came on regularly for hearing at the above-captioned time and place.  Having considered the papers submitted and heard the arguments of the parties, and good cause appearing therefore, it is hereby ordered that the United States' Motion is GRANTED.

Defendant San Francisco Maritime National Historical Park is dismissed from this action with prejudice, because the Federal Tort Claims Act's limited waiver of sovereign immunity does not authorize tort claims against federal agencies.

Plaintiff shall not be granted leave to amend his Complaint to add the United States of America as a defendant, because Plaintiff failed to exhaust his administrative remedies before filing suit, as required by the Federal Tort Claims Act.

IT IS SO ORDERED.


Dated: _____                 _____
                                        THE HONORABLE SALLIE KIM
                                        UNITED STATES MAGISTRATE JUDGE